# United States Court of Appeals for the Federal Circuit

---

**NEONODE SMARTPHONE LLC,**
*Plaintiff-Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,**
*Defendants-Appellees*

---

2023-2304

---

Appeal from the United States District Court for the Western District of Texas in No. 6:20-cv-00507-ADA, Judge Alan D. Albright.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED AND REMANDED**

FOR THE COURT

August 20, 2024
Date

Jarrett B. Perlow
Clerk of Court